IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. DLB-21-399** |
| | * | |
| **ROY C. McGRATH,** | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| *********| | |

# NOTICE OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the District of Maryland hereby dismisses the superseding indictment pending against defendant Roy McGrath.

                                            Erek L. Barron
                                            United States Attorney

            By:    _____   2023.09.26 16:41:35 -04'00'
                                                                     2023.006.20320
                                    Aaron S.J. Zelinsky
                                    Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

September 29, 2023                     _____
Date                                          Deborah L. Boardman
                                                     United States District Judge

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Advice to U.S. Marshal**:  Defendant is not in custody.